# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM G. LAURY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT HOWARD LOBUE, et. al,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:20-cv-01463-DAD-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiff Tom G. Laury ("Plaintiff") is proceeding pro se in this action. Plaintiff has neither paid the $400 filing fee, nor submitted an application to proceed *in forma pauperis* pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, he shall pay the $400 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **October 29, 2020**　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE