UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM G. LAURY,<br><br>        Plaintiff,<br><br>    v.<br><br>VINCENT HOWARD LOBUE, et al.,<br><br>        Defendants. | No. 1:20-cv-01463-DAD-SKO<br><br>ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEGING AND DOCUMENTATION<br><br>(Doc. No. 1) |

In connection with plaintiff's complaint and motion for injunctive relief filed on October 15, 2020, the parties are directed to file supplemental briefing and documentation addressing the following issue:

1. Additional information and detail regarding the existence of any invoices or written notice to defendants regarding plaintiff's preservation of his PACA trust benefits within the statutory time frame. *See* 7 U.S.C. § 499e(c).

The parties shall each file a brief, limited to five (5) pages in length not including relevant exhibits, addressing this issue within seven (7) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **January 6, 2021**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1